IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

12 FEB -6 AM 8: 25

---

UNITED STATES OF AMERICA

      Plaintiff

-vs-

JAMEL K. REIMONENQ

      Defendant

CASE NO. 4:10 CR 528

<u>ORDER ACCEPTING PLEA</u>
<u>AGREEMENT AND JUDGMENT</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing and plea agreement of Jamel K. Reimonenq which was referred to the Magistrate Judge with the consent of the parties.

  On 17 March 2011, the government filed a one-count superseding indictment against Jamel K. Reimonenq for conspiracy to possess with the intent to distribute cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A). On 25 April 2011, a hearing was held in which Jamel K. Reimonenq entered a plea of not guilty before Magistrate Judge George J. Limbert. On 24 January 2012, Magistrate Judge White received Jamel K. Reimonenq's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jamel K. Reimonenq is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jamel K. Reimonenq is adjudged guilty of Count One in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A).

IT IS SO ORDERED.

Dated: 6 February 2012

UNITED STATES DISTRICT JUDGE